UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN D. STEWART,
    Plaintiff,

vs.                                            CASE NO. 8:04-CIV-40-T-17-MAP

HOOTERS OF AMERICA, INC.,
    Defendant.
_____/

## ORDER

       This cause is before the Court on the Defendant's motion for reconsideration and clarification (Docket No. 141) and response thereto (Docket No. 147). The Defendant asks this Court to be allowed to amend it's answer or to clarify the previous order to identify the prejudice to the Plaintiff if amendment were allowed. The Court finds that the motion to reconsider or clarify is not well-taken. The Court agrees with the response that the motion fails on many levels to carry the issues raised. Accordingly, it is

       **ORDERED** that the Defendant's motion for reconsideration and clarification (Docket No. 141) be **denied**.

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 8th day of February, 2006.



Copies to: All Parties and Counsel of Record