**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LYNN D. STEWART,
     Plaintiff,

vs.                                     CASE NO. 8:04-CIV-40-T-17-MAP

HOOTERS OF AMERICA, INC.,
     Defendant.

                                     /

## <u>ORDER</u>

       This cause is before the Court on the defendant's oral renewed third motion to be allowed to amend its answers and defenses.  This order memorialize the oral ruling of this Court.  Accordingly, it is

       **ORDERED**  the defendant's oral renewed third motion to be allowed to amend its answers and defenses be **DENIED**.

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of July, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record