UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN D. STEWART,

    Plaintiff,

vs.                                                 CASE NO. 8:04-CIV-40-T-17-MAP

HOOTERS OF AMERICA,

    Defendants.
_____/

**ORDER APPOINTING SPECIAL MASTER**

This cause is before the Court on the memorandum opinion which provided for the appointment of a special master for consideration of the damages issues in this cause (Docket No. 217). The Court has given the parties ample time to agree on a special master, the oral deadline for doing so has passed, and the parties have not submitted their mutual choice. Therefore, under the memorandum opinion, the Court will select a special master. Accordingly, it is

**ORDERED** that Thomas Baynes, former Chief Judge of the Middle District Bankruptcy Court, is **appointed** as the special master in this matter to consider the damages issues. The parties are directed to start working with the special master to expedite the completion of this cause of action.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of June, 2009.



Copies to: All parties and counsel of record
Thomas Baynes, Special Master
819 S. Lake Starr Blvd.
Lake Wales, FL 33898